

# NUMBER 13-14-00330-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE FARMERS INSURANCE EXCHANGE AND TEXAS FARMERS INSURANCE COMPANY

### On Petition for Writ of Mandamus and Motion for Temporary Relief

# ORDER

### Before Chief Justice Valdez and Justices Garza and Benavides
### Order Per Curiam

On June 17, 2014, relators, Farmers Insurance Exchange and Texas Farmers Insurance Company, filed a petition for writ of mandamus contending that the Honorable Angelica Hernandez, presiding judge of the 105th Judicial District Court of Nueces County, Texas, abused her discretion, leaving relators without an adequate appellate remedy, by rendering an "Order Granting Application for Post-Judgment Relief" on May 30, 2014 in trial court cause number 09-6360-D. Relators have also filed a motion for

temporary relief in which they ask this Court to impose a stay of enforcement on the aforementioned order until such time as we may fully consider the petition for writ of mandamus.

Having reviewed relators' petition and request for temporary relief, we hereby GRANT the request for temporary relief and ORDER that enforcement on the May 30, 2014 "Order Granting Application for Post-Judgment Relief" is STAYED until further order of this Court. Further, we ORDER the real parties in interest, Larry Bos, Mary Bos, Craig S. Smith, individually and as next friend of M.W.F.S., C.S.S., J.E.S., and V.A.S., minors, and William R. Edwards, to file any response to the petition for writ of mandamus with this Court on or before Thursday, July 3, 2014.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
18th day of June, 2014.